Goetz v Barotz (2023 NY Slip Op 50430(U))

[*1]

Goetz v Barotz

2023 NY Slip Op 50430(U)

Decided on May 10, 2023

Appellate Term, First Department

Published by New York State Law Reporting Bureau pursuant to Judiciary Law § 431.

This opinion is uncorrected and will not be published in the printed Official Reports.

Decided on May 10, 2023
SUPREME COURT, APPELLATE TERM, FIRST DEPARTMENT

PRESENT: Hagler, P.J., Tisch, Michael, JJ.

570016/23

Rachel Goetz, Plaintiff-Respondent,
against
Norman Lewis Barotz as administrator of the Estate of Madelaine Shapiro, and Norman Barotz, Defendants-Appellants.

Defendants appeal from an order of the Small Claims Part of the Civil Court of the City of New York, New York County (Debra Rose Samuels, J.), dated March 12, 2020, which denied defendant Shapiro's motion to reargue (denominated as one for reconsideration) a prior order denying her motion for summary judgment dismissing the claim and for judgment on the counterclaim.

Per Curiam.
Order (Debra Rose Samuels, J.), dated March 12, 2020, dismissed, without costs, as nonappealable.
Inasmuch as no appeal lies from the denial of a motion to reargue (see Smith v Pereira, 176 AD3d 491, 492 [2019]) and no appeal has been taken from the original October 2, 2019 order denying defendants' motion for summary judgment, defendants' arguments addressed to that determination are not properly before us (see Stratakis v Ryjov, 66 AD3d 411, 411-412 [2009]).
Defendants' remaining contentions are unavailing.
THIS CONSTITUTES THE DECISION AND ORDER OF THE COURT.
I concur I concur I concur
Decision Date: May 10, 2023